IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| WIDALLYS RIVERA-QUIÑONES, on behalf of her minor child, A.V.R.; A.V.R. (a minor)<br><br>Plaintiffs<br><br>vs<br><br>THE TACO MAKER, a corporation, partnership or sole proprietorship, d/b/a The Taco Maker at Santa Juanita Ave., Bayamón, Puerto Rico; THE TACO MAKER, INC., owner and/or franchisor liable where it designed, built and/or approved noncompliant facilities; DOES 1-100, inclusive<br><br>Defendants | CIVIL 16-2627CCC |

## JUDGMENT

Having considered the Joint Motion for Voluntary Dismissal as to All Defendants (**d.e. 9**) filed by plaintiff Widallys Rivera-Quiñones on behalf of her minor daughter, A.V.R., and defendants Taco Plus SJ, Inc. a/k/a Taco Plus, Inc. d/b/a The Taco Maker Santa Juanita and The Taco Maker, Inc., through their respective legal representatives., which is GRANTED, it is ORDERED and ADJUDGED that judgment be entered DISMISSING the Complaint, WITH PREJUDICE and without any imposition of costs or attorney's fees and in accordance with the terms and conditions of the Agreement between plaintiffs and Taco Plus SJ, Inc. a/k/a Taco Plus, Inc. d/b/a The Taco

CIVIL 16-2627CCC                    2

Maker (Santa Juanita Avenue, Bayamón), all of which are integrated and made part of this judgment.

    SO ORDERED AND ADJUDGED.

    At San Juan, Puerto Rico, on June 22, 2017.

                                                  S/CARMEN CONSUELO CEREZO
                                                  United States District Judge